IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV44 |
| | ) | |
| v. | ) | |
| | ) | |
| BIOTHANE CORPORATION, DILLING MECHANICAL CONTRACTORS, INC., and PERENNIAL ENERGY, INC., | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that plaintiff's Motion to Strike (Doc. 13) is granted.  Filings 8 and 11 are hereby stricken from the record.

DATED February 16, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge