IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 8:11CV44 |
| BIOTHANE CORPORATION, DILLING | ) | |
| MECHANICAL CONTRACTORS, INC., | ) | ORDER |
| and PERENNIAL ENERGY, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that plaintiff's Motion to Strike (Filing 23) is granted. Filing 17 ("Summons Returned Executed" as to Biothane Corporation) is hereby stricken from the record.

DATED March 2, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge