# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **E3 BIOFUELS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV44 |
| | ) | |
| V. | ) | |
| | ) | |
| **BIOTHANE CORPORATION,** | ) | **ORDER** |
| **DILLING MECHANICAL** | ) | |
| **CONTRACTORS, INC., and** | ) | |
| **PERENNIAL ENERGY, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

The court has reviewed Defendant Perennial Energy, Inc.'s motion for reconsideration and motion for a preliminary injunction (filing 44). Given the time-constraints of the issues involved,

**IT IS ORDERED** that Plaintiff shall file a response to Perennial's motion for reconsideration and motion for a preliminary injunction by or before 12:00 p.m. (CST), on Friday, June 17. Upon submission of Plaintiff's brief, the court will determine whether a conference to resolve the matters involved is necessary.

**DATED June 15, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**