## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV44 |
| | ) | |
| V. | ) | |
| | ) | |
| BIOTHANE, LLC, DILLING MECHANICAL CONTRACTORS, INC., and PERENNIAL ENERGY, INC., | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Following the telephonic conference of today's date regarding Defendant Perennial Energy, Inc.'s Motion to Reconsider Filing 43, Response to Objection and Motion for a Preliminary Injunction (filing 44),

**IT IS ORDERED:**

1. Plaintiff and Defendant Perennial Energy, Inc. shall met and confer in an effort to coordinate an inspection of the Solid Waste Management System & Ethanol Production Facility located in Mead, Nebraska, and reach an agreement with respect to the scope of said inspection.

2. Plaintiff and Perennial shall submit a report detailing the outcome of this conference, including any agreements reached, by or before July 21, 2011.

3. The parties shall submit their Rule 26(f) Planning Report by or before August 11, 2011.

**DATED July 7, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge