# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV44 |
| | ) | |
| V. | ) | |
| | ) | |
| BIOTHANE, LLC, successor in interest and liability to, and PERENNIAL ENERGY, INC., | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court upon the parties' Stipulated Motion to Extend Deadlines (filing 180). In accordance with the Stipulation, the progression deadlines in this case are amended as follows:

1. By or before July 1, 2013, counsel for each party shall notify the undersigned as to settlement efforts that have been undertaken and the prospects of mediating this case.

2. Written discovery requests shall be served by June 30, 2013, and responses shall be served by July 30, 2013.

**All other deadlines established in this case remain as previously set.**

**IT IS SO ORDERED.**

**DATED April 1, 2013.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge