IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **E3 BIOFUELS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV44** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **BIOTHANE, LLC, successor in** | ) | **ORDER** |
| **interest and liability to, PERENNIAL** | ) | |
| **ENERGY, INC., MARVIN** | ) | |
| **ENTERPRISES, INC. F/K/A,** | ) | |
| **AMERICAN BOILER COMPANY,** | ) | |
| **and KATZEN INTERNATIONAL,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | | |

Defendant Perennial Energy Inc. has informed the Court that the Amended Progression Order (filing 209) failed to reflect the previous extensions of the deadlines for submitting mediation reports and for serving and responding to written discovery requests.

The Court hereby advises the parties that the aforementioned deadlines remain as set in Filing No. 182.  Specifically, the parties shall submit mediation reports no later than July 1, 2013, written discovery requests shall be served by June 30, 2013 and responses shall be served by July 30, 2013.

**DATED June 6, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**