IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E3 BIOFUELS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV44 |
| | ) | |
| V. | ) | |
| | ) | |
| BIOTHANE, LLC, successor in interest and liability to, and PERENNIAL ENERGY, INC., | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Defendant Perennial Energy, Inc. ("PEI") has filed a motion (filing 311) requesting that the Court reconsider its order (filing 309) denying PEI's request for a thirty-day extension of the written discovery deadline. PEI desires an extension of the discovery deadline for the limited purpose of completing a search of Katzen International, Inc.'s records. In light of the discovery issues pertaining to the production of Katzen's records addressed by the U.S. District Court for the Southern District of Ohio, PEI's motion for reconsideration will be granted.

**PEI is advised that no additional extensions of this deadline will be granted. PEI's expert witness disclosure deadline will not be extended in light of this Order. All other deadlines remain as set.**

Accordingly,

**IT IS ORDERED:**

1. PEI's Motion to Reconsider (filing 311) is granted.

2. The written discovery deadline in this case is extended to September 30, 2013, for the limited purpose of completing the search and production of Katzen's

    records.  No further extensions will be granted.

3.        PEI's Request for a Telephonic Hearing ([filing 314](#)) is denied.

**DATED September 12, 2013.**

                                    **BY THE COURT:**

                                    **S/ F.A. Gossett**
                                    **United States Magistrate Judge**