IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **E3 BIOFUELS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV44 |
| | ) | |
| V. | ) | |
| | ) | |
| **BIOTHANE, LLC, successor in** | ) | ORDER |
| **interest and liability to, PERENNIAL** | ) | |
| **ENERGY, INC., MARVIN** | ) | |
| **ENTERPRISES, INC. F/K/A,** | ) | |
| **AMERICAN BOILER COMPANY,** | ) | |
| **and KATZEN INTERNATIONAL,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the Court on the parties' Agreed Motion to Alter Dates for Motions in Limine and Motions for Summary Judgment (filing 374). The parties have proposed that the deadline for motions in limine, including *Daubert* motions, and motions for summary judgment be extended thirty (30) days, or until January 9, 2014.

On multiple occasions, the Court has informed the parties that the trial, which is set for March 4, 2014, will not be rescheduled. Adopting the deadlines as presently proposed by the parties would necessitate moving the trial, as there would be an insufficient amount of time between the filing of the motions (and the completion of briefing the motions) and the trial date for the Court to rule. This is particularly true given the complexity of this case and the Court's full calendar. For these reasons,

**IT IS ORDERED** that the Agreed Motion to Alter Dates for Motions in Limine and Motions for Summary Judgment (filing 374) is denied.

DATED November 26, 2013.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge