# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **E3 BIOFUELS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV44 |
| | ) | |
| V. | ) | |
| | ) | |
| **BIOTHANE, LLC, successor in** | ) | ORDER |
| **interest and liability to, PERENNIAL** | ) | |
| **ENERGY, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

     Plaintiff has filed a motion requesting that the Court extend the deadline for the parties to file motions in limine (filing 377). This motion is unopposed. The Court previously rejected the parties' joint proposal to extend this deadline by a period of thirty days for the reason that such an extension would necessitate rescheduling the trial of this case. (Filing 376.) Because Plaintiff's current request is reasonable in duration and would not require that the trial be moved, the deadline will be extended as requested.

     Accordingly,

     **IT IS ORDERED** that Plaintiff's Motion to Extend Deadline for Motions in Limine (filing 377) is granted. All motions in limine, including *Daubert* motions, shall be filed by December 20, 2013. All other deadlines remain as presently set.

     **DATED December 2, 2013.**

                                                       **BY THE COURT:**

                                                       **S/ F.A. Gossett**
                                                       **United States Magistrate Judge**