IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E3 BIOFUELS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BIOTHANE, LLC, successor in interest and liability to BIOTHANE CORPORATION;  and PERENNIAL ENERGY, INC.,<br><br>　　　　　Defendants. | CASE NO.  8:11CV44<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Joint Motion for Summary Judgment (Filing No. 381) filed by Defendants Biothane, LLC and Perennial Energy Co., is granted;

2. Each of the claims asserted by Plaintiff E3 Biofuels, LLC, against Defendants Biothane, LLC and Perennial Energy Co., is dismissed, with prejudice;

3. All other pending motions are denied as moot; and

4. The parties will bear their own costs and attorney fees.

Dated this 19th day of March, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge