# DEPOSITION EXPENSES

| Invoice Date | Vendor | Name of Deponent | Amount |
|---|---|---|---|
| 8/29/2013 | Connor & Associates | Invoice #37898, deposition transcript for Ronald Scott Potter | $1,104.55 |
| 8/30/2013 | Connor & Associates | Copy of Transcript for DVD - Larry Bienz | $379.00 |
| 9/10/2013 | Connor & Associates | DVD videotaped deposition of William Drinkwine | $760.85 |
| 8/29/2013 | Elite Reporting Agency | Original, e-transcrip, condensed copy, video witness - Phillip Madson | $1,343.65 |
| 8/9/2013 | JS Wurm & Associates | Condensed copy/index deposition of David Hallberg, taken 07/10/13 | $471.35 |
| 8/28/2013 | JS Wurm & Associates | Certified copy of deposition of Mark Kraeger | $219.60 |
| 8/6/2013 | Metropolitan Court Reporters | Deposition transcript of witness Tanner Shaw | $221.40 |
| 8/8/2013 | Metropolitan Court Reporters | Deposition transcript of witness Nage Damas | $550.60 |
| 8/20/2013 | Metropolitan Court Reporters | Deposition transcript of witness John P. Curran | $795.20 |
| 8/28/2013 | Metropolitan Court Reporters | Deposition transcript of Dennis Langley, 30(b)(6) Vol. I | $746.50 |
| 8/29/2013 | Metropolitan Court Reporters | Deposition transcript of Dennis Langley, 30(b)(6) Vol. II | $649.25 |
| 7/10/2013 | Metropolitan Court Reporters | Deposition transcript of witness Phillip Rouse | $696.90 |
| 7/24/2013 | Metropolitan Court Reporters | Deposition trancript with full color exhibits of Dennis Langley, Vol. I | $791.80 |
| 7/25/2013 | Metropolitan Court Reporters | Deposition trancript with full color exhibits of Dennis Langley, Vol. II | $382.96 |
| 8/16/2013 | Metropolitan Court Reporters | Deposition transcript of witness Lindell Dorsett | $802.60 |
| 7/31/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Ted Landers, taken 07/16/13 | $308.70 |
| 7/30/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Dave LeGrow | $217.00 |
| 9/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness John Murphy | $911.50 |

# DEPOSITION EXPENSES

| Invoice Date | Vendor | Name of Deponent | Amount |
|---|---|---|---|
| 12/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness George Wandling | $974.45 |
| 12/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Wayne Mitchell Vol. I | $506.25 |
| 12/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Wayne Mitchell Vol. II | $228.75 |
| 12/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Bruce Babcock | $1,568.40 |
| 12/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Larry Hanke | $945.50 |
| 12/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Brad Larson | $1,265.70 |
| 12/16/2013 | Midwest Litigation Services - payable to National Depo | Deposition transcript of witness Rick Smith | $1,027.45 |
| 10/5/2013 | Thomas Court Reporters | Video deposition of witness James Marvin | $1,032.50 |
| 10/5/2013 | Thomas Court Reporters | Video deposition of witnesses James Leutzinger and Mark Schnackenberg | $1,775.00 |
| 4/4/2013 | Thomas Court Reporters | Completion of video deposition of witness Mark Schnackenberg | $285.50 |
| 8/16/2013 | Thomas Court Reporters | Deposition transcript of witness Travis Toline | $752.65 |
| 8/22/2013 | Thomas Court Reporters | Deposition transcript of witness Ted Mathews, taken 08/09/13 | $233.56 |
| 9/11/2013 | Thomas Court Reporters | Deposition transcript of witness Edward Gaither, taken 08/12/13 | $363.79 |
| 9/23/2013 | Thomas Court Reporters | Deposition transcript of witness Christopher Cantrell | $379.97 |
| 11/26/2013 | Thomas Court Reporters | Deposition transcripts of Steve McLaughlin, Michael Kiscki and William Lucke | $678.18 |

# DEPOSITION EXPENSES

| Invoice Date | Vendor | Name of Deponent | Amount |
|---|---|---|---|
| 12/17/2013 | LAK Reporting, Inc. | Deposition transcripts of experts Crispin Hale, Ph.D., Stephen Browne, CPA and Kim Mniszewski, P.E. | $3,694.20 |

TOTAL                                                   $27,065.26

# INVOICE



CONNOR+ASSOCIATES
1650 One American Square
Indianapolis, IN 46282
317+236+6022
317+236+6015(F)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37898 | 8/29/2013 | 32710 |
| **Job Date** | **Case No.** | |
| 8/20/2013 | | |

| **Case Name** |
|---|
| E3 BIOFUELS, LLC vs. BIOTHANE CORPORATION |

| **Payment Terms** |
|---|
| Net 30 |

William H. Selde
Sodoro Daly Shomaker & Selde
7000 Spring Street
Omaha, NE 68106

ORIGINAL TRANSCRIPT OF:
   Ronald Scott Potter                                             1,104.55
FOR A DVD OF THE VIDEOTAPED DEPOSITION OF:
   Ronald Scott Potter                                                 320.00

TOTAL DUE >>>       **$1,424.55**
AFTER 9/28/2013 PAY    $1,538.51

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro Daly Shomaker & Selde
7000 Spring Street
Omaha, NE 68106

Job No.   : 32710         BU ID     :1-MAIN
Case No.   :
Case Name  : E3 BIOFUELS, LLC vs. BIOTHANE
                  CORPORATION

Invoice No. : 37898       Invoice Date :8/29/2013
**Total Due**  : **$ 1,424.55**
AFTER 9/28/2013 PAY $1,538.51

Remit To: **Connor+Associates**
           **1650 One American Square**
           **Box 82020**
           **Indianapolis, IN 46282**

| **PAYMENT WITH CREDIT CARD** | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE

CONNOR+ASSOCIATES
1650 ONE AMERICAN SQUARE
INDIANAPOLIS, IN 46282
317+236+6022
317+236+6015(F)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37948 | 8/30/2013 | 32711 |
| **Job Date** | **Case No.** | |
| 8/21/2013 | | |
| **Case Name** | | |
| E3 BIOFUELS, LLC vs. BIOTHANE CORPORATION | | |
| **Payment Terms** | | |
| Net 30 | | |

William H. Selde
Sodoro Daly Shomaker & Selde
7000 Spring Street
Omaha, NE 68106

| 1 COPY OF TRANSCRIPT OF: | |
|---|---|
| Larry Bienz | 379.00 |
| FOR A DVD OF THE VIDEOTAPED DEPOSITION OF: | |
| Larry Bienz | 310.00 |
| **TOTAL DUE >>>** | **$689.00** |
| AFTER 9/29/2013  PAY | $744.12 |

Tax ID: 35-1349523

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro Daly Shomaker & Selde
7000 Spring Street
Omaha, NE 68106

Job No.    : 32711        BU ID    :1-MAIN
Case No.   :
Case Name  : E3 BIOFUELS, LLC vs. BIOTHANE
             CORPORATION

Invoice No. : 37948        Invoice Date :8/30/2013
**Total Due**  : **$ 689.00**
AFTER 9/29/2013  PAY  $744.12

Remit To: **Connor+Associates
1650 One American Square
Box 82020
Indianapolis, IN  46282**

**PAYMENT WITH CREDIT CARD**          AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**CONNOR+ASSOCIATES**

1650 One American Square
Indianapolis, IN 46282
317·236·6022
317·236·6015(fax)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38072 | 9/10/2013 | 32712 |
| **Job Date** | **Case No.** | |
| 8/22/2013 | | |
| **Case Name** | | |
| E3 BIOFUELS, LLC vs. BIOTHANE CORPORATION | | |
| **Payment Terms** | | |
| Net 30 | | |

William H. Selde
Sodoro Daly Shomaker & Selde
7000 Spring Street
Omaha, NE 68106

| | |
|---|---|
| 1 COPY OF TRANSCRIPT OF: | |
| William Drinkwine | 760.85 |
| FOR A DVD OF THE VIDEOTAPED DEPOSITION OF: | |
| William Drinkwine | 460.00 |
| **TOTAL DUE >>>** | **$1,220.85** |
| AFTER 10/10/2013 PAY | $1,318.52 |

**Tax ID: 35-1349523**

---

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro Daly Shomaker & Selde
7000 Spring Street
Omaha, NE 68106

Job No.     : 32712          BU ID        : 1-MAIN
Case No.   :
Case Name : E3 BIOFUELS, LLC vs. BIOTHANE
               CORPORATION
Invoice No. : 38072          Invoice Date : 9/10/2013
**Total Due** : $ 1,220.85
AFTER 10/10/2013 PAY  $1,318.52

| PAYMENT WITH CREDIT CARD | AMEX | |  VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Connor+Associates**
          **1650 One American Square**
          **Box 82020**
          **Indianapolis, IN  46282**

# INVOICE



www.elitereportingagency.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14436 | 9/5/2013 | 11000 |

| Job Date | Case No. | |
|---|---|---|
| 8/14/2013 | 1:12 MC 76 | |

| Case Name | | |
|---|---|---|
| E3 Biofuels, LLC v. Biothane Corporation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

William H. Selde, Esq.
Sodoro Daly Shomaker & Selde, PC
7000 Spring Street
Omaha, NE 68106

| Appearance fee, Original, E-Transcript, Regular copy, Condensed copy, Video | | | |
|---|---|---|---|
| Philip Madson | 254.00 | Pages | 844.55 |
| Hourly | 4.00 | Hours | 200.00 |
| Extra Copy | 127.00 | | -50.80 |
| Extra Condensed | 127.00 | | 50.80 |
| ASCII w/paid transcript | 127.00 | | 50.80 |
| Video | 4.00 | | 720.00 |
| Video Copy 10 Day | 4.00 | | 200.00 |
| Exhibits (B&W OR Scan) | | | 241.60 |
| Word Indexing | 45.00 | | 22.50 |
| Delivery Charge | 3.50 | | 35.00 |
| | | TOTAL DUE  >>> | $2,416.05 |

Bill split with Ms. Kamler

30 Days past due accounts subject to a 1.5% late charge per month.

Tax ID: 01-0664110

*Thank you for your business!*
*Please detach bottom portion and return with payment.*

Phone: 402-397-6200   Fax:

513.233.3000 (office)        877.233.4403 (toll free)        513.233.2310 (fax)

William H. Selde, Esq.
Sodoro Daly Shomaker & Selde, PC
7000 Spring Street
Omaha, NE 68106

VISA

| Invoice No. | : | 14436 |
|---|---|---|
| Invoice Date | : | 9/5/2013 |
| **Total Due** | : | $ 2,416.05 |

Remit To:  Elite Reporting Agency, LLC
          **7733 Beechmont Avenue**
          **Suite 100**
          **Cincinnati, OH 45255-4237**

| Job No. | : | 11000 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 1:12 MC 76 |
| Case Name | : | E3 Biofuels, LLC v. Biothane Corporation |

```
JS WURM & ASSOCIATES
233 S. 13th Street
Suite 1712
Lincoln, NE 68508
(402) 475-DEPO (3376)
```

```
============================
      I N V O I C E
============================
```

```
----------------------------
| Invoice Number|Invoice Date |
----------------------------
|    47725      |  8/09/2013  |
----------------------------
```

```
Sodoro, Daly & Sodoro
7000 Spring Street
Omaha, NE  68106-3519
```

```
Job Taken  7/10/2013

Reporter:
Lisa Grimminger
```

Attn: Mr. William H. Selde

TAX ID#: 47-0733214

| Description | Total |
| --- | --- |
| E3 Biofuels, LLC v. Biothane Corp., et al.<br>Deposition taken July 10, 2013, as follows: | |
| Condensed copy/index deposition of | 178.50 |
|  David E. Hallberg | |
| Exhibit copies | 272.50 |
| Etran | 10.00 |
| Postage | 10.35 |
| Invoice Total | 471.35 |
| Balance Due | 471.35 |

THANK YOU FOR USING JS WURM & ASSOCIATES.

Interest will be assessed at the rate of 1.5% after 30 days.

```
JS WURM & ASSOCIATES          ================================
233 S. 13th Street                 I N V O I C E
Suite 1712                    ================================
Lincoln, NE 68508
(402) 475-DEPO (3376)
                              --------------------------------
                              | Invoice Number|Invoice Date |
                              --------------------------------
                              |    47750      |  8/26/2013  |
                              --------------------------------

Sodoro, Daly & Sodoro              Job Taken  8/06/2013
7000 Spring Street
Omaha, NE  68106-3519              Reporter:
                                   Cheryl Rooney

Attn: Mr. William H. Selde         TAX ID#: 47-0733214
```

-----------------------------------------------------------------

Description                                            Total

-----------------------------------------------------------------

E3 Biofuels v. Biothane Corporation
Deposition taken August 6, 2013, as follows:

Certified copy, condensed and index of                164.50

 Deposition of Mark Kraeger

*

Etran                                                  10.00

PDF                                                    10.00

Postage                                                 6.85

Exhibit copies                                         28.25


                              Invoice Total           219.60


                              Balance Due             219.60
                                                    ---------

        THANK YOU FOR USING JS WURM & ASSOCIATES.

        Interest will be assessed at the rate of 1.5% after 30 days.



**Metropolitan**
COURT REPORTERS
*Videography* — *Videoconferencing*
9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-2511  913-317-8800  FID: 36-3800268

  

Job #: 130729NMS
Job Date: 07/29/2013
Order Date: 07/29/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Biothane

# Invoice

| Invoice #: | 39414 |
| Inv.Date: | 08/06/2013 |
| Balance: | $221.40 |

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

**Action:** E3 Biofuels, LLC
vs
**Biothane Corporation, et al.**
**Action #:** 8:11-CV-00044
**Rep:** NMS
**Cert:** MO,KS

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Tanner Shaw | Transcript - Full, CT and Electronic | $186.00 |
| 2 | | Exhibits - Scanned & Hard | $20.40 |
| 3 | | UPS Shipping & Handling | $15.00 |

**Comments:**

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $221.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $221.40 |
| Payment | $0.00 |
| Balance Due | $221.40 |

Federal Tax I.D.: 36-3800268    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

**Deliver To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

# Invoice

Metropolitan Court Reporters, Inc.
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

Phone: (913) 317-8800
Fax: (913) 317-8850

Invoice #: 39414
Inv.Date: 08/06/2013
Balance: $221.40
Job #: 130729NMS
Job Date: 07/29/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Biothane

 **Metropolitan**
COURT REPORTERS
*Videography* ◆ *Videoconferencing*
9200 Indian Creek Parkway · Suite 205 · Overland Park, KS 66210
800-748-7521  913-317-8800  FID: 36-3600268

  

| | |
|---|---|
| Job #: 130730NMS | |
| Job Date: 07/30/2013 | |
| Order Date: 07/30/2013 | |
| DB Ref.#: | |
| Date of Loss: / / | |
| Your File #: | |
| Your Client: Blothane | |

# Invoice

| | |
|---|---|
| **Invoice #:** | 39438 |
| **Inv.Date:** | 08/08/2013 |
| **Balance:** | $550.60 |

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

**Action:** E3 Biofuels, LLC
*vs*
**Blothane Corporation, et al.**
**Action #:** 8:11-CV-00044
**Rep:** NMS
**Cert:** MO,KS

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Nege Damas | Transcript - Full, CT, & Electronic | $396.00 |
| 2 | | Exhibits - Scanned B/W & Color | $139.60 |
| 3 | | Shipping & Handling | $15.00 |

**Comments:**

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $550.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $550.60 |
| Payment | $0.00 |
| Balance Due | $550.60 |

| Federal Tax I.D.: 36-3600268 | Terms: Net 30 Days @ 1.5% |
|---|---|

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

**Deliver To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

# Invoice

**Phone:** (913) 317-8800
**Fax:** (913) 317-8850

Metropolitan Court Reporters, Inc.
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

| | |
|---|---|
| **Invoice #:** 39438 | |
| **Inv.Date:** 08/08/2013 | |
| **Balance:** $550.60 | |
| Job #: 130730NMS | |
| Job Date: 07/30/2013 | |
| DB Ref.#: | |
| Date of Loss: / / | |
| Your File #: | |
| Your Client: Blothane | |



# Metropolitan
### C O U R T   R E P O R T E R S
*Videography* ▼ *Videoconferencing*

9200 Indian Creek Parkway • Suite 205 • Overland Park, KS 66210
800-748-7511   913-317-8800   FID: 36-3600268

  

| | |
|---|---|
| **Job #:** 130802NMS | |
| **Job Date:** 08/02/2013 | |
| **Order Date:** 08/02/2013 | |
| **DB Ref.#:** | |
| **Date of Loss:** / / | |
| **Your File #:** | |
| **Your Client:** Biothane | |

# Invoice

| | |
|---|---|
| **Invoice #:** | 39460 |
| **Inv.Date:** | 08/12/2013 |
| **Balance:** | $146.00 |

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker & Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

**Action:** E3 Biofuels, LLC
*vs*
**Biothane Corporation, et al.**
**Action #:** 8:11-CV-00044
**Rep:** NMS
**Cert:** MO,KS

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Lynette K. Shaw | Transcript - Full, CT & Electronic | $134.00 |
| 2 | | Shipping & Handling | $12.00 |

**Comments:**

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $146.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $146.00 |
| Payment | $0.00 |
| **Balance Due** | $146.00 |

**Federal Tax I.D.:** 36-3600268     **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker & Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

**Deliver To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker & Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

# Invoice

Metropolitan Court Reporters, Inc.
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

**Phone:** (913) 317-8800
**Fax:** (913) 317-8850

| | |
|---|---|
| **Invoice #:** | 39460 |
| **Inv.Date:** | 08/12/2013 |
| **Balance:** | $146.00 |
| **Job #:** | 130802NMS |
| **Job Date:** | 08/02/2013 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | Biothane |



# Metropolitan
## COURT REPORTERS
*Videography        Videoconferencing*

9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-3511    913-317-8800    FAX: 36-3600268

  

Job #: 130808NMS
Job Date: 08/08/2013
Order Date: 08/08/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:        39602
Inv.Date:    08/20/2013
Balance:      $795.20

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

Action: E3 Biofuels, LLC
*vs*
Biothane Corporation, et al.
Action #: 8:11-CV-00044
Rep: NMS
Cert: MO,KS

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | John P. Curran | Transcript - Full, CT & Electronic | $652.00 |
| 2 | | Exhibits-B/W+Color (Scan & Hard Sets) | $118.20 |
| 3 | | Shipping & Handling | $25.00 |

**Comments:**

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $795.20 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $795.20 |
| Payment | $0.00 |
| Balance Due | $795.20 |

Federal Tax I.D.: 36-3600268        Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

**Deliver To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

# Invoice

Phone: (913) 317-8800
Fax: (913) 317-8850

Invoice #: 39602
Inv.Date: 08/20/2013
Balance: $795.20
Job #: 130808NMS
Job Date: 08/08/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Metropolitan Court Reporters, Inc.**
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210



**Metropolitan**
COURT REPORTERS
*Videography* ▼ *Videoconferencing*

9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-7511   913-317-8800   FID: 36-3600268

  

Job #: 130828BAC
Job Date: 08/28/2013
Order Date: 08/28/2013
DB Ref #:
Date of Loss: / /
Your File #:
Your Client: Biothane

# Invoice

| Invoice #: | 40034 |
| Inv.Date: | 09/10/2013 |
| Balance: | $746.50 |

| Bill To: | Action: | E3 Biofuels, LLC |
|---|---|---|
| Mr. William H. Selde | | vs |
| Sodoro, Daly, Shomaker & Selde, P.C. * * | | Biothane Corporation, et al. |
| 7000 Spring Street | Action #: | 8:11-CV-00044 |
| Omaha, NE 68106 | Rep: | BAC |
| | Cert: | MO/KS |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Dennis Langley, 30(b)(6)-Vol. I | Transcript - Full, CT & Electronic | $602.00 |
| 2 | | Exhibits - Scanned & Hard copy sets | $129.50 |
| 3 | | Shipping & Handling | $15.00 |

Comments:

We appreciate your business. Our Invoices are Due Upon Receipt

| | | |
|---|---|---|
| Sub Total | $746.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $746.50 |
| Payment | $0.00 |
| Balance Due | $746.50 |

| Federal Tax I.D.: 36-3600268 | Terms: Net 30 Days @ 1.5% |
|---|---|

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

| Bill To: | Deliver To: |
|---|---|
| Mr. William H. Selde | Mr. William H. Selde |
| Sodoro, Daly, Shomaker & Selde, P.C. * * | Sodoro, Daly, Shomaker & Selde, P.C. * * |
| 7000 Spring Street | 7000 Spring Street |
| Omaha, NE 68106 | Omaha, NE 68106 |

# Invoice

| | |
|---|---|
| Invoice #: | 40034 |
| Inv.Date: | 09/10/2013 |
| Balance: | $746.50 |
| Job #: | 130828BAC |
| Job Date: | 08/28/2013 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Biothane |

**Metropolitan Court Reporters, Inc.**
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

Phone: (913) 317-8800
Fax: (913) 317-8850


**Metropolitan**
COURT REPORTERS
*Videography* ▼ *Videoconferencing*

9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-7511  913-317-8800  FID: 36-3600268

  

Job #: 130829NMS
Job Date: 08/29/2013
Order Date: 08/29/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:  Biothane

# Invoice

Invoice #:  40037
Inv.Date:  09/10/2013
Balance:  $649.25

| Bill To: | Action: |
|---|---|
| Mr. William H. Selde | **E3 Biofuels, LLC** |
| Sodoro, Daly, Shomaker& Selde, P.C. * * | *vs* |
| 7000 Spring Street | **Biothane Corporation, et al.** |
| Omaha, NE  68106 | Action #:  **8:11-CV-00044** |
| | Rep:  **NMS** |
| | Cert:  **MO,KS** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Dennis Langley, 30(b)(6)-Vol II | Transcript - Full, CT & Electronic | $406.00 |
| 2 | | Exhibits- Color+B/W Scan & Hard Copy | $228.25 |
| 3 | | Shipping & Handling | $15.00 |

Comments:

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $649.25 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $649.25 |
| Payment | $0.00 |
| **Balance Due** | $649.25 |

Federal Tax I.D.: 36-3600268      Terms: Net 30 Days @ 1.5%

Please *KEEP THIS PART for YOUR RECORDS.*
Please *FOLD* then *TEAR HERE* and *RETURN THIS PART* with *PAYMENT.*

---

| Bill To: | Deliver To: |
|---|---|
| Mr. William H. Selde | Mr. William H. Selde |
| Sodoro, Daly, Shomaker& Selde, P.C. * * | Sodoro, Daly, Shomaker& Selde, P.C. * * |
| 7000 Spring Street | 7000 Spring Street |
| Omaha, NE  68106 | Omaha, NE  68106 |

# Invoice

Phone:  (913) 317-8800
Fax:  (913) 317-8850

**Metropolitan Court Reporters, Inc.**
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

Invoice #:  40037
Inv.Date:  09/10/2013
Balance:  $649.25
Job #:  130829NMS
Job Date:  08/29/2013
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:  Biothane



**Metropolitan**
COURT REPORTERS
*Videography* ▼ *Videoconferencing*
9200 Indian Creek Parkway – Suite 205 – Overland Park, KS 66210
800-748-7511  913-317-8800  FID: 36-3600268
  

Job #: 130701BAC
Job Date: 07/01/2013
Order Date: 07/01/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 38909 |
| **Inv.Date:** | 07/10/2013 |
| **Balance:** | $696.90 |

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

*Action:* **E3 Biofuels, LLC**
*vs*
**Biothane Corporation, et al.**
*Action #:* 8:11-CV-00044
*Rep:* BAC
*Cert:* MO/KS

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Phillip Rouse | Transcript - Full, CT, Electronic | $450.00 |
| 2 | | Exhibits-Scanned & Hard Copy Sets | $226.90 |
| 3 | | Shipping & Handling | $20.00 |

**Comments:**

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $696.90 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $696.90 |
| Payment | $0.00 |
| Balance Due | $696.90 |

*Federal Tax I.D.:* 36-3600268    *Terms:* Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

**Deliver To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

# Invoice

Phone: (913) 317-8800
Fax: (913) 317-8850

**Metropolitan Court Reporters, Inc.**
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

**Invoice #:** 38909
**Inv.Date:** 07/10/2013
**Balance:** $696.90
**Job #:** 130701BAC
**Job Date:** 07/01/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:


# Metropolitan
## COURT REPORTERS
*Videography* ▼ *Videoconferencing*

*9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210*
*800-748-7511   913-317-8800   FID: 36-3600268*

  

| | |
|---|---|
| **Job #:** 130724KRG | |
| **Job Date:** 07/24/2013 | |
| **Order Date:** 07/24/2013 | |
| **DB Ref.#:** | |
| **Date of Loss:** / / | |
| **Your File #:** | |
| **Your Client:** Biothane | |

# Invoice

| | |
|---|---|
| **Invoice #:** | 39247 |
| **Inv.Date:** | 07/31/2013 |
| **Balance:** | $791.80 |

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

**Action:** E3 Biofuels, LLC
*vs*
Biothane Corporation, et al.
**Action #:** 8:11-CV-00044
**Rep:** KRG
**Cert:** KS/MO/RPR/

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Dennis Langley - Volume I | Transcript - Full, Ct & Electronic | $554.00 |
| 2 | | Exhibits Color+ B/W Scanned & Hard Sets | $225.80 |
| 3 | | UPS Shipping & Handling | $12.00 |

**Comments:**

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $791.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $791.80 |
| Payment | $0.00 |
| Balance Due | $791.80 |

**Federal Tax I.D.:** 36-3600268     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

**Deliver To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker& Selde, P.C. * *
7000 Spring Street
Omaha, NE 68106

# Invoice

Metropolitan Court Reporters, Inc.
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

**Phone:** (913) 317-8800
**Fax:** (913) 317-8850

| | |
|---|---|
| **Invoice #:** | 39247 |
| **Inv.Date:** | 07/31/2013 |
| **Balance:** | $791.80 |
| **Job #:** | 130724KRG |
| **Job Date:** | 07/24/2013 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | Biothane |


**Metropolitan**
COURT REPORTERS
*Videography* ▽ *Videoconferencing*

9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-7511  913-317-8800  FID: 36-3600268

  

| | |
|---|---|
| Job #: 130725KRG | |
| Job Date: 07/25/2013 | |
| Order Date: 07/25/2013 | |
| DB Ref.#: | |
| Date of Loss: / / | |
| Your File #: | |
| Your Client: Biothane | |

# Invoice

| | |
|---|---|
| **Invoice #:** | 39250 |
| **Inv.Date:** | 07/31/2013 |
| **Balance:** | $382.96 |

| Bill To: | Action: E3 Biofuels, LLC |
|---|---|
| Mr. William H. Selde | vs |
| Sodoro, Daly, Shomaker& Selde, P.C. * * | Biothane Corporation, et al. |
| 7000 Spring Street | Action #: 8:11-CV-00044 |
| Omaha, NE 68106 | Rep: KRG |
| | Cert: KS/MO/RPR/ |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Dennis Langley, Vol. 2 | Transcript-Full, CT, Electronic | $268.00 |
| 2 | | Exhibits-Color+B/W Scanned & Hard Sets | $102.96 |
| 3 | | UPS Shipping & Handling | $12.00 |

| Comments: | | |
|---|---|---|
| | Sub Total | $382.96 |
| | Shipping | $0.00 |
| We appreciate your business. Our Invoices are Due Upon Receipt | Tax | N/A |
| | Total Invoice | $382.96 |
| Federal Tax I.D.: 36-3600268    Terms: Net 30 Days @ 1.5% | Payment | $0.00 |
| | Balance Due | $382.96 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

| Bill To: | Deliver To: |
|---|---|
| Mr. William H. Selde | Mr. William H. Selde |
| Sodoro, Daly, Shomaker& Selde, P.C. * * | Sodoro, Daly, Shomaker& Selde, P.C. * * |
| 7000 Spring Street | 7000 Spring Street |
| Omaha, NE 68106 | Omaha, NE 68106 |

# Invoice

| | |
|---|---|
| **Invoice #:** | 39250 |
| **Inv.Date:** | 07/31/2013 |
| **Balance:** | $382.96 |
| **Job #:** | 130725KRG |
| **Job Date:** | 07/25/2013 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Biothane |

Phone: (913) 317-8800
Fax: (913) 317-8850

Metropolitan Court Reporters, Inc.
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210



**Metropolitan**
COURT REPORTERS
*Videography* ▼ *Videoconferencing*



*9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210*
*800-748-7511   913-317-8800   PID: 36-3600268*

  

| | |
|---|---|
| Job #: | 130807NMS |
| Job Date: | 08/07/2013 |
| Order Date: | 08/07/2013 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Biothane |

# Invoice

| | |
|---|---|
| **Invoice #:** | 39566 |
| **Inv. Date:** | 08/16/2013 |
| **Balance:** | $802.60 |

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker & Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

| | |
|---|---|
| **Action:** | E3 Biofuels, LLC |
| | vs |
| | Biothane Corporation, et al. |
| **Action #:** | 8:11-CV-00044 |
| **Rep:** | NMS |
| **Cert:** | MO,KS |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Lindell Dorsett | Transcript - Full, CT & Electronic | $622.00 |
| 2 | | Exhibits - Scanned Color & B/W | $160.60 |
| 3 | | Shipping & Handling | $20.00 |

**Comments:**

We appreciate your business. Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $802.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $802.60 |
| Payment | $0.00 |
| Balance Due | $802.60 |

| | |
|---|---|
| Federal Tax I.D.: 36-3600268 | Terms: Net 30 Days @ 1.5% |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker & Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

**Deliver To:**
Mr. William H. Selde
Sodoro, Daly, Shomaker & Selde, P.C. **
7000 Spring Street
Omaha, NE 68106

# Invoice

Metropolitan Court Reporters, Inc.
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

Phone: (913) 317-8800
Fax: (913) 317-8850

| | |
|---|---|
| **Invoice #:** | 39566 |
| **Inv. Date:** | 08/16/2013 |
| **Balance:** | $802.60 |
| Job #: | 130807NMS |
| Job Date: | 08/07/2013 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Biothane |

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

| | |
|---|---|
| **Bill To:** William H Selde<br>Sodoro Daly & Sodoro PC<br>7000 Spring Street<br>Omaha, NE 68106 | **Invoice #:** STL183268<br>**Invoice Date:** 07/24/2013<br>**Balance Due:** $ 358.70 |
| | **Case #:** 811CV00044LSCFG3 |

| | |
|---|---|
| **Case:** E3 Biofuels Mead Llc et al v. Biothane LLC et al<br>**Job #:** 139491 \| **Job Date:** 7/16/2013 \| **Delivery:** Normal<br>**Billing Atty:** William H Selde<br>**Location:** Midwest Litigation Services<br>711 North 11th Street \| St Louis, MO 63101 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Ted Landers | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Ted Landers | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Ted Landers | Exhibit scanning | Per page | 192.00 | $0.35 | $67.20 |
| 4 | Ted Landers | Media | 1 | 1.00 | $50.00 | $50.00 |
| 5 | Ted Landers | Transcript - copy/copies | Page | 128.00 | $1.75 | $224.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $358.70 |
| | **Payment:** | |
| | **Credits:** | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt<br>**Balance Due:** | $358.70 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

| | |
|---|---|
| Make check payable to: **National Depo**<br><br>☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box<br><br>Credit Card # _____ Exp. Date _____<br>SIGNATURE (AS IT APPEARS ON CREDIT CARD)<br><br>PRINT NAME (AS IT APPEARS ON CREDIT CARD)<br><br>DAYTIME PHONE | **Invoice #:** STL183268<br>**Job #:** 139491<br>**Invoice Date:** 07/24/2013<br><br>**Balance :** $ 358.70<br><br>Please remit payment to:<br>National DepoPO Box 404743<br>Atlanta GA 30384 |

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To:  William H Selde
          Sodoro Daly & Sodoro PC
          7000 Spring Street
          Omaha, NE 68106

| | |
|---|---|
| Invoice #: | STL183702 |
| Invoice Date: | 07/30/2013 |
| Balance Due: | $ 267.00 |

Case #:    811CV00044LSCFG3

Case:        E3 Biofuels Mead Llc et al v. Biothane LLC et al
Job #:       139492  |  Job Date: 7/17/2013  |  Delivery:    Normal
Billing Atty: William H Selde
Location:    Midwest Litigation Services
             711 North 11th Street | St Louis, MO 63101

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Dave LeGrow | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Dave LeGrow | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Dave LeGrow | Media | 1 | 1.00 | $50.00 | $50.00 |
| 4 | Dave LeGrow | Exhibit scanning | Per page | 150.00 | $0.35 | $52.50 |
| 5 | Dave LeGrow | Transcript - copy/copies | Page | 84.00 | $1.75 | $147.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $267.00 |
| Payment: | |
| Credits: | |
| Balance Due: | $267.00 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | STL183702 |
| Job #: | 139492 |
| Invoice Date: | 07/30/2013 |

Balance : $ 267.00

Please remit payment to:
National DepoPO Box 404743
Atlanta GA 30384

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

Bill To: William H Selde
Sodoro Daly & Sodoro PC
7000 Spring Street
Omaha, NE 68106

Invoice #: STL183706
Invoice Date: 07/30/2013
Balance Due: $ 567.25

Case #: 811CV00044

Case: E3 Biofuels LLC v. Biothane Corporation Dilling
Job #: 139596 | Job Date: 7/18/2013 | Delivery: Normal
Billing Atty: William H Selde
Location: Midwest Litigation Services
711 North 11th Street | St Louis, MO 63101

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Andrew Whipple | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Andrew Whipple | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Andrew Whipple | Exhibit scanning | Per page | 63.00 | $0.35 | $22.05 |
| 4 | Andrew Whipple | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 5 | Andrew Whipple | Transcript - Original & 1 copy | Page | 107.00 | $3.60 | $385.20 |
| 6 | Andrew Whipple | Attendance - Hourly | Hour | 3.00 | $30.00 | $90.00 |
| 7 | Andrew Whipple | Media | 1 | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| | Invoice Total: $567.25 |
| | Payment: |
| Fed. Tax ID: 20-3132569 | Credits: |
| Term: Due Upon Receipt | Balance Due: $567.25 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL183706
Job #: 139596
Invoice Date: 07/30/2013

Balance : $ 567.25

Please remit payment to:
National Depo PO Box 404743
Atlanta GA 30384

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** William H Selde
Sodoro Daly & Sodoro PC
7000 Spring Street
Omaha, NE 68106

**Invoice #:** STL187657
**Invoice Date:** 09/18/2013
**Balance Due:** $ 961.50

**Case #:** 811CV00044LSCFG3

| | |
|---|---|
| **Case:** | E3 Biofuels Mead Llc et al v. Biothane LLC et al |
| **Job #:** | 141628  \|  Job Date: 8/26/2013  \|  Delivery:  Normal |
| **Billing Atty:** | William H Selde |
| **Location:** | Marriott Philadelphia Airport<br>One Arrivals Road \| Terminal B Meeting Room 1 \| Philadelphia, PA 1 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | John Murphy | Transcript - copy/copies | Page | 223.00 | $3.50 | $780.50 |
| 2 | John Murphy | Exhibit - B/W | Per page | 165.00 | $0.40 | $66.00 |
| 3 | John Murphy | Exhibit - Color | Per page | 50.00 | $0.95 | $47.50 |
| 4 | John Murphy | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 5 | John Murphy | Media | 1 | 1.00 | $50.00 | $50.00 |
| 6 | John Murphy | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |

**Notes:** Videotaped deposition held in Philadelphia, PA

| | |
|---|---|
| **Invoice Total:** | $961.50 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $961.50 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____        Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

**Invoice #:** STL187657
**Job #:** 141628
**Invoice Date:** 09/18/2013

**Balance :** $ 961.50

Please remit payment to:
National DepoPO Box 404743
Atlanta GA 30384

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

Bill To: S Jacob Sappington
Sanders Warren & Russell LLP Law Offices
1949 E Sunshine Street
Ste 2-102
Springfield, MO 65804

Invoice #: STL195121
Invoice Date: 12/16/2013
Balance Due: $ 974.45

Case #: 811CV00044LSCFG3

| Case: | E3 Biofuels Mead Llc et al v. Biothane LLC et al |
|---|---|
| Job #: | 146912 | Job Date: 11/26/2013 | Delivery: Expedited |
| Billing Atty: | S Jacob Sappington |
| Location: | Engles Ketcham Olson & Keith |
| | 1350 Woodmen Tower | 1700 Farnam Street | Omaha, NE 68102 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | George R Wandling MD | Transcript - copy/copies | Page | 232.00 | $3.75 | $870.00 |
| 2 | George R Wandling MD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | George R Wandling MD | Exhibit Electronic / Scanned | Per page | 277.00 | $0.35 | $96.95 |

Notes: Deposition held in Omaha, NE
Email Only

| | |
|---|---|
| Invoice Total: | $974.45 |
| Payment: | |
| Credits: | |
| Balance Due: | $974.45 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 106 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL195121
Job #: 146912
Invoice Date: 12/16/2013

Balance : $ 974.45

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Jacob Sappington
Sanders Warren & Russell LLP Law Offices
1949 E Sunshine Street
Ste 2-102
Springfield, MO 65804

Invoice #: STL195128
Invoice Date: 12/16/2013
Balance Due: $ 506.25

Case #: 811CV00044LSCFG3

Case: E3 Biofuels Mead Llc et al v. Biothane LLC et al
Job #: 147961 | Job Date: 12/4/2013 | Delivery: Expedited
Billing Atty: Jacob Sappington
Location: Engles Ketcham Olson & Keith
1350 Woodmen Rower | Omaha, NE 68102

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Olan Wayne Mitchell | Transcript - copy/copies | Page | 133.00 | $3.75 | $498.75 |
| 2 | Olan Wayne Mitchell | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |

Notes: Deposition held in Omaha, NE
Email Only

| | |
|---|---|
| Invoice Total: | $506.25 |
| Payment: | |
| Credits: | |
| Balance Due: | $506.25 |

Fed. Tax ID: 20-3132569       Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 106 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL195128
Job #: 147961
Invoice Date: 12/16/2013

Balance : $ 506.25

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

Bill To: S Jacob Sappington
Sanders Warren & Russell LLP Law Offices
1949 E Sunshine Street
Ste 2-102
Springfield, MO 65804

| | |
|---|---|
| Invoice #: | STL195136 |
| Invoice Date: | 12/16/2013 |
| Balance Due: | $ 228.75 |
| Case #: | 811CV00044LSCFG3 |

Case: E3 Biofuels Mead Llc et al v. Biothane LLC et al
Job #: 148984 | Job Date: 12/5/2013 | Delivery: Expedited
Billing Atty: S Jacob Sappington
Location: Engles Ketcham Olson & Keith
1350 Woodmen Rower | Omaha, NE 68102

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Olan Wayne Mitchell Vol 2 | Transcript - copy/copies | Page | 59.00 | $3.75 | $221.25 |
| 2 | Olan Wayne Mitchell Vol 2 | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |

Notes: Deposition held in Omaha, NE
Email Only

| | |
|---|---|
| Invoice Total: | $228.75 |
| Payment: | |
| Credits: | |
| Balance Due: | $228.75 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 106 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
    SIGNATURE (AS IT APPEARS ON CREDIT CARD)

    PRINT NAME (AS IT APPEARS ON CREDIT CARD)

    DAYTIME PHONE

Invoice #: STL195136
Job #: 148984
Invoice Date: 12/16/2013

Balance : $ 228.75

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

Bill To: Jacob Sappington
Sanders Warren & Russell LLP Law Offices
1949 E Sunshine Street
Ste 2-102
Springfield, MO 65804

Invoice #: STL195124
Invoice Date: 12/16/2013
Balance Due: $ 1,568.40

Case #: 811CV00044LSCFG3

| | |
|---|---|
| Case: | E3 Biofuels Mead Llc et al v. Biothane LLC et al |
| Job #: | 147960 | Job Date: 12/3/2013 | Delivery: Expedited |
| Billing Atty: | Jacob Sappington |
| Location: | Engles Ketcham Olson & Keith |
| | 1350 Woodmen Rower | Omaha, NE 68102 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Bruce A Babcock | Transcript - copy/copies | Page | 358.00 | $3.75 | $1,342.50 |
| 2 | Bruce A Babcock | Exhibit Electronic / Scanned | Per page | 624.00 | $0.35 | $218.40 |
| 3 | Bruce A Babcock | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |

Notes: Deposition held in Omaha, NE
Email Only

| | |
|---|---|
| Invoice Total: | $1,568.40 |
| Payment: | |
| Credits: | |
| Balance Due: | $1,568.40 |

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 106 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

Make check payable to: National Depo

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL195124
Job #: 147960
Invoice Date: 12/16/2013

Balance : $ 1,568.40

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

**Midwest Litigation Services**

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

Bill To: S Jacob Sappington
Sanders Warren & Russell LLP Law Offices
1949 E Sunshine Street
Ste 2-102
Springfield, MO 65804

| | |
|---|---|
| Invoice #: | STL195140 |
| Invoice Date: | 12/16/2013 |
| Balance Due: | $ 945.50 |
| Case #: | 811CV00044LSCFG3 |

Case: E3 Biofuels Mead Llc et al v. Biothane LLC et al
Job #: 147962 | Job Date: 12/6/2013 | Delivery: Expedited
Billing Atty: S Jacob Sappington
Location: Engles Ketcham Olson & Keith
1350 Woodmen Rower | Omaha, NE 68102

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Larry D Hanke | Transcript - copy/copies | Page | 238.00 | $3.75 | $892.50 |
| 2 | Larry D Hanke | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Larry D Hanke | Exhibit Electronic / Scanned | Per page | 130.00 | $0.35 | $45.50 |

Notes: Deposition held in Omaha, NE
Email Only

| | |
|---|---|
| Invoice Total: | $945.50 |
| Payment: | |
| Credits: | |
| Balance Due: | $945.50 |

Fed. Tax ID: 20-3132560          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 106 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

Invoice #: STL195140
Job #: 147962
Invoice Date: 12/16/2013

Balance : $ 945.50

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

Bill To: S Jacob Sappington
Sanders Warren & Russell LLP Law Offices
1949 E Sunshine Street
Ste 2-102
Springfield, MO 65804

| | |
|---|---|
| Invoice #: | STL195474 |
| Invoice Date: | 12/18/2013 |
| Balance Due: | $ 1,265.70 |
| Case #: | 811CV00044LSCFG3 |

Case:       E3 Biofuels Mead Llc et al v. Blothane LLC et al
Job #:      147959   |   Job Date: 12/2/2013   |   Delivery:   Expedited
Billing Atty: S Jacob Sappington
Location:   Engles Ketcham Olson & Keith
            1350 Woodmen Rower | Omaha, NE 68102

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bradley T Larson | Transcript - copy/copies | Page | 284.00 | $3.75 | $1,065.00 |
| 2 | Bradley T Larson | Exhibit Electronic / Scanned | Per page | 552.00 | $0.35 | $193.20 |
| 3 | Bradley T Larson | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |

Notes:   Deposition held in Omaha, NE
         Email Only

| | |
|---|---|
| Invoice Total: | $1,265.70 |
| Payment: | |
| Credits: | |
| Balance Due: | $1,265.70 |

Fed. Tax ID: 20-3132569            Term: Due Upon Receipt

TERMS:  Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

### THIS INVOICE IS 104 DAYS PAST DUE, PLEASE REMIT - THANK YOU

Make check payable to:  National Depo

☐ Visa ☐ MC ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL195474
Job #:  147959
Invoice Date: 12/18/2013

Balance : $ 1,265.70

Please remit payment to:
National Depo
P. O. Box 605247
St. Louis, MO 63150-5247

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

Bill To: S Jacob Sappington
Sanders Warren & Russell LLP Law Offices
1949 E Sunshine Street
Ste 2-102
Springfield, MO 65804

| | |
|---|---|
| Invoice #: | STL195365 |
| Invoice Date: | 12/18/2013 |
| Balance Due: | $ 1,027.45 |
| Case #: | 811CV00044LSCFG3 |

Case: E3 Biofuels Mead Llc et al v. Biothane LLC et al
Job #: 147964 | Job Date: 12/10/2013 | Delivery: Expedited
Billing Atty: S Jacob Sappington
Location: Engles Ketcham Olson & Keith
1350 Woodmen Rower | Omaha, NE 68102

| Item | Witness | Description | Unit | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Rick A Smith | Transcript - copy/copies | Page | 269.00 | $3.75 | $1,008.75 |
| 2 | Rick A Smith | Exhibit Electronic / Scanned | Per page | 32.00 | $0.35 | $11.20 |
| 3 | Rick A Smith | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |

Notes: Expedited deposition held in Omaha, NE
Email Only

| | |
|---|---|
| Invoice Total: | $1,027.45 |
| Payment: | |
| Credits: | |
| Balance Due: | $1,027.45 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## THIS INVOICE IS 104 DAYS PAST DUE, PLEASE REMIT - THANK YOU

Make check payable to: National Depo

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL195365
Job #: 147964
Invoice Date: 12/18/2013

Balance : $ 1,027.45

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# INVOICE

Thomas & Thomas Court Reporters
(Video Division)
P.O. Box 8398
Omaha, NE 68108-0398
Phone:402-556-5000  Fax:402-556-2037

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25799 | 10/5/2012 | 41829 |
| **Job Date** | **Case No.** | |
| 9/13/2012 | | |
| **Case Name** | | |
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

William H. Selde
Sodoro, Daly & Sodoro PC
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

VIDEOTAPE ORIGINAL ONLY (Transcript and other services billed seperately):

James Marvin                                                                                    1,032.50

TOTAL DUE >>>                    **$1,032.50**
AFTER 11/4/2012 PAY                  $1,084.13

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments) .

**Tax ID:** 47-0841603

Phone: 402-397-6200   Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly & Sodoro PC
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| | | |
|---|---|---|
| Invoice No. | : | 25799 |
| Invoice Date | : | 10/5/2012 |
| **Total Due** | : | **$1,032.50** |
| AFTER 11/4/2012 PAY | | $1,084.13 |

Remit To:  **Thomas & Thomas Court Reporters**
**(Video Division)**
**P.O. Box 8398**
**Omaha, NE 68108-0398**

| | | |
|---|---|---|
| Job No. | : | 41829 |
| BU ID | : | 3-Video |
| Case No. | : | |
| Case Name | : | E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |

# INVOICE

Thomas & Thomas Court Reporters
(Video Division)
P.O. Box 8398
Omaha, NE 68108-0398
Phone:402-556-5000  Fax:402-556-2037

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25797 | 10/5/2012 | 41670 |
| **Job Date** | **Case No.** | |
| 9/12/2012 | | |
| **Case Name** | | |
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

William H. Selde
Sodoro, Daly & Sodoro PC
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

VIDEOTAPE ORIGINAL ONLY (Transcript and other services billed seperately):

James Leutzinger, Mark Schnackenberg                                    1,775.00

**TOTAL DUE >>>**          **$1,775.00**
AFTER 11/4/2012 PAY          $1,863.75

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments)

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:          0.00
(=) New Balance:          **$1,775.00**

Tax ID: 47-0841603

Phone: 402-397-6200  Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly & Sodoro PC
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| | | |
|---|---|---|
| Invoice No. | : | 25797 |
| Invoice Date | : | 10/5/2012 |
| **Total Due** | : | **$1,775.00** |

| | | |
|---|---|---|
| Job No. | : | 41670 |
| BU ID | : | 3-Video |
| Case No. | : | |
| Case Name | : | E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |

Remit To:  **Thomas & Thomas Court Reporters**
**(Video Division)**
**P.O. Box 8398**
**Omaha, NE 68108-0398**

# INVOICE

### ⊥ ⊤
### THOMAS & THOMAS
COURT REPORTING—LEGAL VIDEO—VIDEOCONFERENCING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27426 | 4/4/2013 | 42997 |
| **Job Date** | **Case No.** | |
| 3/11/2013 | | |
| **Case Name** | | |
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

VIDEOTAPE COPY ONLY (Transcript and other services billed seperately):

Mark Schnackenberg

|  |  |
|---|---|
| | 285.50 |
| **TOTAL DUE >>>** | **$285.50** |
| AFTER 5/4/2013 PAY | $299.78 |

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments)

Tax ID: 47-0841603

Phone: 402-397-6200   Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| Invoice No. | : | 27426 |
|---|---|---|
| Invoice Date | : | 4/4/2013 |
| **Total Due** | : | **$285.50** |
| AFTER 5/4/2013 PAY | | $299.78 |

Remit To:  **Thomas & Thomas Court Reporters**
**(Video Division)**
**P.O. Box 8398**
**Omaha, NE 68108-0398**

| Job No. | : | 42997 |
|---|---|---|
| BU ID | : | 3-Video |
| Case No. | : | |
| Case Name | : | E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28729 | 8/16/2013 | 44474 |

| Job Date | Case No. | |
|---|---|---|
| 7/12/2013 | | |

| Case Name |
|---|
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

# THOMAS & THOMAS
## · EST 1977 ·
### COURT REPORTING · LEGAL VIDEO · VIDEOCONFERENCING

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Deposition of Travis Toline

752.65

TOTAL DUE >>> **$752.65**
AFTER 9/15/2013 PAY $790.28

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments)

---

Tax ID: 47-0841603

Phone: 402-397-6200    Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

Invoice No.    : 28729
Invoice Date   : 8/16/2013
**Total Due**      : **$752.65**
AFTER 9/15/2013 PAY $790.28

Remit To:    **Thomas & Thomas Court Reporters**
**& Certified Legal Video, LLC**
**P.O. Box 8398**
**Omaha, NE 68108-0398**

Job No.      : 44474
BU ID        : 1-MAIN
Case No.     :
Case Name    : E3 Biofuels v. Biothane Corporation, and
Perennial Energy, Inc.

# INVOICE

### THOMAS & THOMAS
· EST 1977 ·
COURT REPORTING – LEGAL VIDEO – VIDEOCONFERENCING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28781 | 8/22/2013 | 44827 |

| Job Date | Case No. |
|---|---|
| 8/9/2013 | |

| Case Name |
|---|
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Deposition of Ted Matthews

|  | 233.56 |
|---|---|
| TOTAL DUE >>> | $233.56 |
| AFTER 9/21/2013 PAY | $245.24 |

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit-card payments)

Tax ID: 47-0841603

Phone: 402-397-6200   Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

Invoice No.   : 28781
Invoice Date  : 8/22/2013
**Total Due**   : **$233.56**
AFTER 9/21/2013 PAY $245.24

nit To:  **Thomas & Thomas Court Reporters**
    **& Certified Legal Video, LLC**
    **P.O. Box 8398**
    **Omaha, NE 68108-0398**

Job No.   : 44827
BU ID     : 1-MAIN
Case No.  :
Case Name : E3 Biofuels v. Biothane Corporation, and
    Perennial Energy, Inc.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28983 | 9/11/2013 | 44639 |

| Job Date | Case No. | |
|---|---|---|
| 8/12/2013 | | |

| Case Name | | |
|---|---|---|
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

## THOMAS & THOMAS
### COURT REPORTING – LEGAL VIDEO – VIDEOCONFERENCING
· EST 1977 ·

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Deposition of Edward Gaither

|  |  |
|---|---|
| | 363.79 |
| TOTAL DUE >>> | $363.79 |
| AFTER 10/11/2013 PAY | $381.98 |

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments)

| (–) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $363.79 |

**Tax ID:** 47-0841603

Phone: 402-397-6200    Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| | | |
|---|---|---|
| Invoice No. | : | 28983 |
| Invoice Date | : | 9/11/2013 |
| **Total Due** | : | **$363.79** |

| | | |
|---|---|---|
| Remit To: | **Thomas & Thomas Court Reporters** | |
| | **& Certified Legal Video, LLC** | |
| | **P.O. Box 8398** | |
| | **Omaha, NE 68108-0398** | |

| | | |
|---|---|---|
| Job No. | : | 44639 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29070 | 9/23/2013 | 44801 |
| **Job Date** | **Case No.** | |
| 8/27/2013 | | |
| **Case Name** | | |
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

T·EST·1977·
## THOMAS & THOMAS
COURT REPORTING – LEGAL VIDEO – VIDEOCONFERENCING

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Deposition of Christopher B. Cantrell | 379.97 |
| | TOTAL DUE >>> **$379.97** |
| | AFTER 10/23/2013 PAY $398.97 |

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments)

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$379.97** |

Tax ID: 47-0841603

Phone: 402-397-6200    Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC LLO
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| | | |
|---|---|---|
| Invoice No. | : | 29070 |
| Invoice Date | : | 9/23/2013 |
| **Total Due** | : | **$379.97** |

Remit To: **Thomas & Thomas Court Reporters
& Certified Legal Video, LLC
P.O. Box 8398
Omaha, NE 68108-0398**

| | | |
|---|---|---|
| Job No. | : | 44801 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |



LAK Reporting, Inc.
7301 Mission Road
Suite 132
Prairie Village, KS 66208

913.232.7929 P   913.904.1764 F

admin@lakreporting.com
www.lakreporting.com

Tax ID:  26-4106495

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/17/2013 | 34574 |

| Deposition Date |
|-----------------|
| November 19-21, 2013 |

| Bill To |
|---------|
| Mr. S. Jacob Sappington<br>Sanders Warren & Russell, LLP<br>1949 East Sunshine<br>Corporate Centre 2-102<br>Springfield, MO 65804 |

| Terms |
|-------|
| Due on receipt |

| Description | Amount |
|-------------|--------|
| Original Transcript Expedited Crispin Hales, Ph.D. | 1,721.50 |
| Original Transcript Expedited Stephen Browne, CPA | 1,639.00 |
| Original Transcript Expedited Kim Mniszewski, P.E. | 957.00 |
| Attendance 3 days | 420.00 |
| Signature 3 deponents | 90.00 |
| Exhibits Scanned | 24.20 |
| Rough Drat on Mniszewski, P.E. | 84.00 |
| Postage/Delivery | 20.00 |

| Thank you for your business. | **Total** | $4,955.70 |
|---|---|---|

# INVOICE

Thomas & Thomas Court Reporters
& Certified Legal Video, LLC
P.O. Box 8398
Omaha, NE 68108-0398
Phone:402-556-5000  Fax:402-556-2037

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26232 | 11/26/2012 | 42127 |
| Job Date | Case No. | |
| 10/16/2012 | | |

| Case Name |
|---|
| E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

William H. Selde
Sodoro, Daly & Sodoro PC
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|    1) Deposition of Steve McLaughlin | 193.18 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|    2) Deposition of Michael Kiscki | 274.50 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|    3) Deposition of William Lucke | 210.50 |

TOTAL DUE >>>  **$678.18**
AFTER 12/26/2012  PAY  $712.09

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments)

Tax ID: 47-0841603

Phone: 402-397-6200    Fax:402-397-6290

*Please detach bottom portion and return with payment.*

William H. Selde
Sodoro, Daly & Sodoro PC
7000 Spring St
200 Century Professional Plaza
Omaha, NE 68106

| | | |
|---|---|---|
| Invoice No. | : | 26232 |
| Invoice Date | : | 11/26/2012 |
| **Total Due** | : | **$678.18** |
| AFTER 12/26/2012 | PAY | $712.09 |

Remit To:  **Thomas & Thomas Court Reporters**
**& Certified Legal Video, LLC**
**P.O. Box 8398**
**Omaha, NE  68108-0398**

| | | |
|---|---|---|
| Job No. | : | 42127 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | E3 Biofuels v. Biothane Corporation, and Perennial Energy, Inc. |



LAK Reporting, Inc.
7301 Mission Road
Suite 132
Prairie Village, KS 66208
913.232.7929 P   913.904.1764 F
admin@lakreporting.com
www.lakreporting.com
Tax ID:  26-4106495

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/17/2013 | 34574 |

| Deposition Date |
|-----------------|
| November 19-21, 2013 |

| Terms |
|-------|
| Due on receipt |

| Bill To |
|---------|
| Mr. S. Jacob Sappington<br>Sanders Warren & Russell, LLP<br>1949 East Sunshine<br>Corporate Centre 2-102<br>Springfield, MO 65804 |

| Description | Amount |
|-------------|--------|
| Original Transcript Expedited Crispin Hales, Ph.D. | 1,721.50 |
| Original Transcript Expedited Stephen Browne, CPA | 1,639.00 |
| Original Transcript Expedited Kim Mniszewski, P.E. | 957.00 |
| Attendance 3 days | 420.00 |
| Signature 3 deponents | 90.00 |
| Exhibits Scanned | 24.20 |
| Rough Drat on Mniszewski, P.E. | 84.00 |
| Postage/Delivery | 20.00 |
| | |
| MODIFIED INVOICE WITHOUT EXPEDITED COSTS: | |
| Original Transcript Crispin Hales, Ph.D.  $1252.00 | |
| Original Transcript - Stephen Browne, CPA $1,192.00 | |
| Original Transcript - Kim Mniszewski, P.E. $696.00 | |
| Attendance 3 days $420.00 | |
| Signature 3 deponents $90.00 | |
| Exhibits Scanned $24.20 | |
| Rough Draft on Mniszewski $84.00 | |
| Postage - Sent Electronically $20.00 | |
| | |
| CHARGES IF NOT EXPEDITED WOULD BE:  $3,778.20 | |

| Thank you for your business. | **Total** | $4,955.70 |
|------------------------------|-----------|-----------|