# E3 MISCELLANEOUS EXPENSES

| Invoice Date | Vendor | Description | Amount |
|---|---|---|---|
| 9/16/2013 | MAGNA | Copying of materials needed as exhibits to be entered into evidence | $1,175.80 |
| 10/30/2013 | D4 LLC | Digital reprints black & white - copies; binders - exhibits; to be used as exhibits to be entered into evidence | $456.81 |
| 11/15/2013 | Corporate & Legal Reproduction | Prints black & white - prints color; to be used as exhibits to be entered into evidence | $2,048.98 |
| TOTAL | | | $3,681.59 |



# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2013 | 4612 |

Seven Penn Center
1635 Market Street, 8th Floor
Philadelphia, PA 19103

866-624-6221

Tax ID# 20-8474245

Bill To:

Sodoro Daily Shomaker & Seldy
William Seldy
7000 Spring St.
Omaha, NE 68106

| Caption: | Biofuels vs Biothane LLC |
|---|---|
| RE: | Document Services |

| Item | Date | Description | Rate | Units | Amount |
|---|---|---|---|---|---|
| Consulting | 8/21/2013 | Custom Tabs | 1.00 | 390 | 390.00 |
| Binder | 8/21/2013 | Document Services: 2" Binder | 13.50 | 2 | 27.00 |
| Binder | 8/21/2013 | Document Services: 4" Binders | 26.60 | 2 | 53.20 |
| Binder | 8/21/2013 | Document Services: 3" Binders | 21.00 | 4 | 84.00 |
| Blowbacks B&W | 8/21/2013 | Document Services: Blow Backs (Black and White) | 0.10 | 2,736 | 273.60 |
| Blowbacks Color | 8/21/2013 | Document Services: BlowBacks Color | 1.00 | 22 | 22.00 |
| Scanning Heavy Lit... | 8/21/2013 | Document Services: Imaging Heavy | 0.20 | 1,630 | 326.00 |
| | | | 7.00% | | 0.00 |

REMIT TO:
Magna Legal Services
P.O. Box 822804
Phila, PA 19182-2804

| Total | $1,175.80 |
|---|---|

| Payments/Credits | $0.00 |
|---|---|

| Balance Due | $1,175.80 |
|---|---|



# Invoice

.aha Legal Services, Inc.
.naha, NE 68102

Phone: 402-614-6100

| | |
|---|---|
| Invoice # | OLS01603 |
| Date: | 7/23/2013 |
| Sales Rep: | ND |
| Matter Number: | E-3 |
| Matter Description: | |
| Payment Date: | 8/22/2013 Terms: Net 30 |

**Bill To:**
Sodoro, Daly, Shomaker & Selde, PC LLO
200 Century Professional Plaza
7000 Spring Street
Omaha, NE 68106

Contact: Dawn Kondratowicz

| Qty | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3,552 | COPY1509 | Digital Reprints Black and White | $0.09 | 319.68T |
| 3 | COPY1705 | 3-Ring Binder - 3" Black or White Clear View | $11.00 | 33.00T |
| 3 | COPY1706 | 3-Ring Binder - 4" Black or White Clear View | $15.00 | 45.00T |
| 585 | COPY1809 | Slip Sheets | $0.05 | 29.25T |

| | |
|---|---|
| Subtotal | $426.93 |
| Sales Tax (7.0%) | $29.88 |
| Payments/Credits | $0.00 |
| Balance Due | $456.81 |

Please direct all questions to 402-614-6100 or sam.delsenno@omaha-legal.com

This account is payable to Omaha Legal Services, Inc. c/o American National Bank, P.O. Box 3544, Omaha, NE 68103-0544. Please direct all payment remittances to this address.

FEIN 45-4242300

1.3

# Corporate & Legal Reproductions, LLC

# Invoice

2042A S Brentwood Blvd
Springfield, MO 65804

| Phone # |
| --- |
| 417-864-6060 |

| Date | Invoice # |
| --- | --- |
| 11/15/2013 | 30811 |

TIN: 45-5164853

**Bill To**
Sanders Warren & Russell
Corporate Centre 2-102
1949 East Sunshine
Springfield, MO 65804

**Requested By/Ship To**
Kim Burke

| Job # | Matter No/Case Name | P.O. No. | Delivery | Terms |
| --- | --- | --- | --- | --- |
| SDWR_20131114_01 | E3 Biofuels v Biothane 14-202 | | Hand Delivery | Net 30 |

| Quantity | Description | Rate Ea. | Amount |
| --- | --- | --- | --- |
| 14,696 | Prints BW: Standard | 0.10 | 1,469.60T |
| 982 | Prints CL: Standard | 0.59 | 579.38T |

1.5% per month finance charge will be charged on all past due accounts.

Thank you for your business.

| | |
| --- | --- |
| Subtotal | $2,048.98 |
| Sales Tax (7.6%) | $155.72 |
| Total | $2,204.70 |